JULIO DE SORZANO JORRIN, Respondent, v. WARREN McCONIHE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the

defendant to plead the said defenses anew in proper form. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.